**Order entered May 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01465-CR

**KWAYLON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-56237**

## ORDER

The Court **REINSTATES** the appeal.

On April 24, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 8, 2013, we received the exhibits. On May 12, 2013, court reporter Sharon Hazlewood filed a request for an extension of time to file the remainder of the record, and on May 15, 2013, we received the record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 24, 2013 order requiring findings.

We **GRANT** the May 12, 2013 extension request. The record is considered properly filed.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
        JUSTICE